**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      State of Texas v. Zena Collins Stephens
                          Ex parte Zena Collins Stephens

Appellate case numbers:  01-19-00209-CR, 01-19-00243-CR

Trial court case number:  18DCR0152

Date motion filed:         August 14, 2020

Trial court:               344th District Court of Chambers County

Appellee Zena Collins Stephens filed a motion for en banc reconsideration of this Court's July 9, 2020 opinion. The motion for en banc reconsideration is **denied**.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                          ☐Acting individually    ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Justice Goodman, dissenting.

Date:  October 6, 2020